**Order filed September 2, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00266-CV
_____

**LARRY JOHNS, Appellant**

**V.**

**CARL R. GRANTOM AND LEIGH ANN GRANTOM, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-42908**

---

## ORDER

The notice of appeal in this case was filed May 14, 2021. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On July 8, 2021, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before September 17, 2021. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.